# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2007

131576

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

COLUMBIA CASUALTY COMPANY,
      Plaintiff-Appellant,

v

FRANCES LADI, LAURA LEE WILSON,
SHANNON WILSON, MARK SOKOLOWSKI,
LISA SOKOLOWSKI, CHARLES CRADDUCK,
DIANE CRADDUCK, DEBRA A. YAGER,
Individually and as Personal Representative of the
Estate of MARK R. YAGER, Deceased,
MEAGAN YAGER, MARK A. YAGER, KATI
YAGER, EMILY YAGER, MARCELLA YAGER
TADEUSZ DOBROWOLSKI, JEANETTE
DOBROWOLSKI, CHRISTOPHER
DOBROWOLSKI, ADAM DOBROWOLSKI,
KYLE DOBROWOLSKI, SECOND CHANCE
BODY ARMOR, INC., RICHARD DAVIS,
MICHAEL J. JAYE, CURTIS GLENN
CRAWFORD, and LAWRENCE GRISE,
      Defendants-Appellees.

SC: 131576
COA: 266102
Charlevoix CC: 00-032819-NO

_____/

On order of the Court, the application for leave to appeal the May 23, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2007

_____
Clerk

p0122